**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KOMLA-GO ALEXANDER APALOO, | ) | NO. CV 07-8434-GHK(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| MICHAEL MUKASEY, United States Attorney General, et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

The Court is in receipt of Respondent's "Notice Re: Release of Petitioner From Custody, etc.," filed February 28, 2008. In light of this notice, IT IS ORDERED that, within twenty (20) days of the date of this order, Petitioner shall file papers attempting to show cause, if there be any, why the "Petition for Writ of Habeas Corpus," filed December 31, 2007, should not be denied and dismissed without prejudice as moot. Failure timely to respond to this order may result in the denial and dismissal of the Petition.

DATED: February 28, 2008.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE