FILED
CLERK, U.S. DISTRICT COURT

APR 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KOMLA-GO ALEXANDER APALOO, | ) | NO. CV 07-8434-TJH(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL MUKASEY, United States Attorney General, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed without prejudice.

DATED: _____, 2008.

_____
TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE